IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHARON D. REED, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 05-0413-WS-C |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE and ORDERED this 8th day of November, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE